# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3489

_____

ANGELA AC ROBINSON,

    Appellant,

    v.

JERMARDRICK BARAKA JABAR ROBINSON and DEPARTMENT OF REVENUE,

    Appellees.

CORRECTED PAGE: 1
CORRECTION IS UNDERLINED IN RED – Date Added
MAILED: May 20, 2024
BY: KS

_____

On appeal from the Circuit Court for Bay County.
Brandon J. Young, Judge.

May 20, 2024

PER CURIAM.

    DISMISSED.

BILBREY, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Angela AC Robinson, pro se, Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.